# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

136284

PATRICIA A. WISE,
        Plaintiff-Appellee,

v

                                SC: 136284
                                COA: 280254
                                Saginaw CC: 04-052836-NM

VICTOR J. MASTROMARCO, JR.,
MASTROMARCO & JAHN, P.C., and
CADY, MASTROMARCO & JAHN, P.C.,
        Defendants-Appellants.

_____/

      On order of the Court, the application for leave to appeal the March 12, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.

      HATHAWAY, J., not participating. Justice Hathaway recuses herself and will not be participating in this case because her law clerk was a witness in this case. See MCR 2.003(B); Code of Judicial Conduct, Canon 2 (stating that "[a] judge must avoid all impropriety and appearance of impropriety.").

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2009

_____
Clerk

d0316